# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, | No. 2:18-CV-2873-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for a 90-day extension of time to file a first amended complaint (Doc. 6). Good cause appearing therefor, plaintiff's motion is granted in part. Plaintiff shall file a first amended complaint consistent with the court's November 26, 2018, order within 30 days of the date of this order. Plaintiff is cautioned that failure to comply may result in dismissal of the action. See Local Rule 110.

IT IS SO ORDERED.

Dated: January 9, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1