1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    YASIR MEHMOOD,                                No.  2:18-CV-2873-JAM-DMC-P

12                    Plaintiff,

13           v.                                      <u>ORDER</u>

14    UNITED STATES, et al.,

15                    Defendants.

16

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.

19           On March 4, 2019, the court issued findings and recommendations that this action

20    be dismissed upon plaintiff's failure to file a first amended complaint.  Plaintiff has filed

21    objections indicating a recent hospitalization prevented his compliance.  Plaintiff seeks additional

22    time to file a first amended complaint.  Good cause appearing therefor, the March 4, 2019,

23    findings and recommendations will be vacated and plaintiff will be provided additional time to

24    file a first amended complaint. Plaintiff is once again cautioned that failure to file a first amended

25    complaint within the time provided herein may result in dismissal of the entire action.  <u>See</u> Local

26    Rule 110.

27    / / /

28    / / /

                                              1

Accordingly, IT IS HEREBY ORDERED that:

    1.    The March 4, 2019, findings and recommendations are vacated; and

    2.    Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated: March 26, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2